**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

       Plaintiff,

v.                              CIVIL NO.12-CR-20667-1

ALI R. BAZZI,

       Defendant(s).

_____/


### ORDER GRANTING CYRIL C. HALL AND AMIR I. MAKLED'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

This matter has come before the court on the Motion to Withdraw filed on July 16, 2013 by attorney Cyril C. Hall and attorney Amir I. Makled.

A hearing was held on July 18, 2013 and upon review of the court, hearing argument from counsel and the defendant, the court has determined that there is sufficient reason for Mr. Hall and Mr. Makled to be permitted to withdraw as counsel for the defendant. Therefore,

IT IS ORDERED for the reasons stated on the record the motion to withdraw is **GRANTED** and the Federal Defender's Office is appointed to represent the Defendant.

The court will schedule a status conference with new counsel and the government for **Thursday, August 29, 2013 at 11:00 am.  DEFENDANT MUST APPEAR.**

                          s/Paul D. Borman_____
                          PAUL D. BORMAN
                          UNITED STATES DISTRICT JUDGE

Dated:  July 18, 2013


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 18, 2013, by electronic and/or ordinary mail.


                                      S/Lisa Wagner for Deb Tofil

                                      Case Manager and Deputy Clerk

                                      (313) 234-5122